**Opinion issued October 29, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00226-CV

_____

**SHERI GRIFFITH, Appellant**

**V.**

**THE KROGER CO., Appellee**

---

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1116193

---

## MEMORANDUM OPINION

Appellant, Sheri Griffith, has neither paid the required filing fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for want of prosecution for nonpayment of required fees. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Goodman, and Countiss.